In the Matter of the Claim of LULU SHERIDAN, Respondent, against VANDALIA CHEMICAL COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL

---

* Affd., 259 N. Y. —.

BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no corroboration of the hearsay declarations as to an accident arising in the course of the employment. All concur, except Rhodes, J., who dissents on the ground there is sufficient corroboration of the hearsay statements of the deceased.

In the Matter of the Claim of JOHN MESSENGER, Respondent, against CHEMUNG FOUNDRY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.